# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1463

## CHEESE SYSTEMS, INC.,

*Plaintiff/Counterclaim Defendant - Appellant,*

and

## CUSTOM FABRICATING AND REPAIR, INC.,

*Counterclaim Defendant - Appellant,*

v.

## TETRA PAK CHEESE AND POWDER SYSTEMS, INC., and TETRA LAVAL HOLDINGS & FINANCE S.A.,

*Defendants/Counterclaimants - Appellees.*

Appeal from the United States District Court for the Western District of Wisconsin in No. 11-CV-0021 Chief Judge Barbara B. Crabb.

## **MANDATE**

In accordance with the judgment of this Court, entered August 06, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

　Daniel E. O'Toole
　Clerk

cc: James F. Boyle
Shane A. Brunner
Clerk of Court, Western District of Wisconsin (Madison)
John Paul Fredrickson
Michael T. Griggs
Philip L. Hirschhorn
Eric J. Lalor
Edward John Pardon
Scott Lloyd Smith
Jeffrey Stephen Ward